*United States District Court*
# EASTERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | ORDER SETTING CONDITIONS OF RELEASE AND BOND |
|---|---|
| V. | |
| Dennis Fitzpatrick | Case No.: 11 605M |
| Defendant | |

## RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, **subject to the Standard Conditions of Bond on the reverse** and:

[ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or
[ ] Upon **Unsecured Bond** executed by defendant in the amount of $_____, or  $100,000
[X] Upon **Secured Appearance Bond** as provided herein.

### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[X] 1. The defendant must remain in and may not leave the following areas without Court permission: NYS

[X] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: Co-D's Squillante, Ley & Rodriguez-Gomy, except in presence of counsel

[ ] 3. The defendant shall avoid and not go to any of the following locations: _____

[X] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by _____ and shall not apply for any other passport.

[X] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and
  [X] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work; as directed by PTS
  [X] must report to that agency ( ) in person _____ times per _____ and/or ( ) by telephone _____ times per _____;
  [ ] is subject to home detention with electronic monitoring with the following conditions: _____
  [X] must undergo [X] random drug testing [X] evaluation and/or [X] treatment for: [X] substance abuse [ ] alcoholism [X] mental health problems.
  [ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[X] 6. Other Conditions: Bond to be co-signed by James Fitzpatrick by 6/17/11

## APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 100,000. The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $_____;
[ ] premises located at: _____ owned by _____
[ ] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before _____.

[ ] Other Conditions: _____

X Dennis Fitzpatrick — Surety — Address: 96 Parkway Trailer Ct, Pomona, NY
Dennis Fitzpatrick — Address: 198 Summerpark Rd, Spring Valley, NY
Jim Fitzpatrick (James) — Surety — Address: _____

The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the **Standard Conditions of Bond** set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. **I am aware of the penalties and sanctions set forth on the reverse of this form.**

Dated on June 15, 2011

Signature of Defendant

_____ Courtroom Deputy    Pink - Pretrial Services    Goldenrod - Defendant